UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL CASE NO.: 24-3142(DSD/ECW)

Julie Dalton, individually and
on behalf of all others
similarly situated,

        Plaintiffs,

   v.

Madewell Inc.,

        Defendant.

**ORDER**

Based upon the submitted Notice of Dismissal, **IT IS HEREBY ORDERED that** all claims between the parties be dismissed with prejudice and without costs or fees to any party.

Dated: October 30, 2024

s/David S. Doty
David S. Doty, Judge
United States District Court